**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Kelsey Meckes,
    Plaintiff

v.                     Case No. 1:14-cv-273

National Credit Adjusters, LLC,
    Defendant

**ENTRY OF DEFAULT**

    It appearing that the defendant, National Credit Adjusters, LLC, is in default, having failed to plead or otherwise defend this cause;

    Therefore, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, default is entered against the defendant, National Credit Adjusters, LLC.

Date: August 5, 2014            s/Mary C. Brown
                                                        Mary C. Brown, Deputy Clerk